**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01059-CV

**KAUFMAN COUNTY COMMISSIONERS COURT, THE HONORABLE BRUCE WOOD, COUNTY JUDGE IN HIS OFFICIAL CAPACITY, MIKE HUNT, COUNTY COMMISSIONER IN HIS OFFICIAL CAPACITY, SKEET PHILLIPS, COUNTY COMMISSIONER IN HIS OFFICIAL CAPACITY, TERRY BARBER, COUNTY COMMISSIONER IN HIS OFFICIAL CAPACITY, JACKIE ALLEN, COUNTY COMMISSIONER IN HIS OFFICIAL CAPACITY, Appellants**

**V.**

**EARL LASSITER AND SUE LASSITER, Appellees**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 100368-CC2**

## ORDER

Before the Court is appellees' October 12, 2018 opposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 20, 2018. As this is an accelerated appeal, further extension requests will be disfavored.

/s/     DAVID EVANS
         JUSTICE